**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| | ) | |
| John Doe | ) | Case No: 23 C 3709 |
| | ) | |
| v. | ) | Judge: Harry D. Leinenweber |
| | ) | |
| Northwestern University | ) | |
| | ) | |

**<u>ORDER</u>**

Pro hac vice motion is granted [8].


Date: 7/25/23                                      /s/ Judge Harry D. Leinenweber