# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

John Doe

                      Plaintiff,

v.                                                 Case No.: 1:23−cv−03709

                                                      Honorable Harry D. Leinenweber

Northwestern University

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 26, 2023:

      MINUTE entry before the Honorable Harry D. Leinenweber:For the reasons stated in the Court's 12/26/23 order, Northwestern's Motion to Dismiss is GRANTED. Counts I, II, and III are dismissed without prejudice. Count IV is dismissed with prejudice. Civil case terminated. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.